# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00445-CV

**Mary Ayala, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-FM-08-006383, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The clerk's record containing appellant Mary Ayala's notice of appeal was filed on July 19, 2010, and the reporter's record was filed on July 27, 2011. Appellant's brief was therefore due on August 16, 2011. *See* Tex. R. App. P. 38.6(a). On August 30, we sent counsel notice that the brief was overdue, stating that if we did not receive a response by September 9, we would abate the case for a hearing pursuant to rule 38.8. *See id.* R. 38.8(b). To date, counsel has not responded and the brief has not been filed.

The appeal is therefore abated. The trial court shall conduct a hearing to determine whether appellant still wishes to pursue her appeal, whether appellant is indigent, and whether counsel has abandoned the appeal. *See* Tex. R. App. P. 38.8(a)(2); *In re T.V.*, 8 S.W.3d 448, 449-50 (Tex. App.—Waco 1999, order) (holding that to adequately protect indigent parent's rights in termination case, court should abate appeal to allow trial court to hold hearing to determine issues

raised in Tex. R. App. P. 38.8(b)); *see also* Tex. R. App. P. 38.8(b). The court shall make appropriate findings and recommendations, and a supplemental record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the clerk of this Court no later than November 14, 2011. *See* Tex. R. App. P. 38.8(b)(3).

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Abated

Filed: October 20, 2011